IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr127-MHT |
| | ) | (WO) |
| DEANDRA LEE | ) | |

ORDER

Upon consideration of the government's motion to dismiss the indictment (doc. no. 7) and for good cause shown, it is ORDERED that the motion is granted, and the indictment (doc. no. 3) is dismissed.

This case is closed.

DONE, this the 19th day of November, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE